IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RONNIE NICHOLSON,

    Plaintiff,

v.

ELIZABETH HARREL; DET. BANKS;
REBEKAH GREGORY; ERIC SMITH;
BYRONY HARRIS; and SAVANNAH
CHATHAM METRO. P.D.;

    Defendants.

CIVIL ACTION NO.: 4:18-cv-225

## **O R D E R**

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 18, 2019 Report and Recommendation, (doc. 13), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DISMISSES** the Savannah Police Department (formerly known as the Savannah-Chatham Metropolitan Police Department) from the Complaint. The Clerk of Court is **DIRECTED** to terminate this Defendant on the docket of this case.

**SO ORDERED**, this 23rd day of April, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA