# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RONNIE NICHOLSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV418-225 |
| ELIZABETH HARREL, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The undersigned entered an Order permitting *pro se* plaintiff Ronnie Nicholson 45 days to file an Amended Complaint. Doc. 20. That Order was entered in error, as I had previously recused. Doc. 18. Accordingly, that Order is **VACATED** and the plaintiff's Motion to Amend (doc. 19) is referred to Magistrate Judge Graham.

**SO ORDERED,** this 30th day of August, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA