AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RONNIE NICHOLSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-225

ELIZABETH HARREL; DETECTIVE BANKS; REBEKAH GREGORY; ERIC SMITH; and BYRONY HARRIS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated June 3, 2020, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court, judgment is entered dismissing the Plaintiff's complaint without prejudice and denying Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _[signature]_

June 8, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/1/03